

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00666-CV

**IN RE** Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC

Original Mandamus Proceeding[1]

**ORDER**

On September 23, 2014, relators filed a petition for a writ of mandamus. The court has considered relators' petition and reply, and the response of the real parties in interest and has determined that relators are entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Peter A. Sakai is ORDERED to vacate the September 2, 2014 Order Granting Plaintiffs' Motion for New Trial and issue a new order specifying its reasons for granting a new trial. The writ will issue only if we are notified that Judge Sakai has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on March 11, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI-03086, styled *Tom Hall, Thomas C. Hall, P.C. as Successor in Interest to Hall & Bates, L.L.P., Blake Dietzmann, Tim Patton and Timothy Patton, P.C. v. Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Dean Davenport, WAD, Inc., Water Exploration Co., Ltd., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.